# United States Court of Appeals

## For the Eighth Circuit

_____

No. 18-1985

_____

Danny R. Moore

*Plaintiff - Appellant*

v.

Gene Beasley, Warden, Forrest City

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: January 15, 2019
Filed: January 29, 2019
[Unpublished]

_____

Before LOKEN, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Danny Moore appeals after the district court[1] dismissed his 28 U.S.C. § 2241 petition, in which he asserted his prior burglary convictions no longer qualified as

_____

[1]The Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

career-offender predicates after <u>Mathis v. United States</u>, 136 S. Ct. 2243, 2257 (2016).  Upon careful de novo review, <u>see</u> <u>Abdullah v. Hedrick</u>, 392 F.3d 957, 959 (8th Cir. 2004), we conclude that Moore's claim does not entitle him to relief.  <u>See, e.g.</u>, <u>Martin v. United States</u>, 904 F.3d 594, 597 (8th Cir. 2018).  Accordingly, the judgment of the district court is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____